**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Patricia Ortiz**
    Case No.: **16−69639−**
    Chapter: **7**
    Judge:

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>11/1/16</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

### To be filed by 11/08/16
None Apply

### To be Filed by 11/15/16
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B − B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtors Schedules (Official Form B106)
Chapter 7 Statement of Your Current Monthly Income (Form B122 A−1) and, if applicable, Chapter 7 Means Test Calculation (Form B122 A−2)
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

### To be filed by 12/01/16
Statement of Intention (Official Form B108)

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 11/1/16          M. Regina Thomas
                                         Clerk of Court

Form 430b December 2015        By: Anise A. Anthony
                                                 Deputy Clerk